UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MELLISSA WOODS,<br><br>　　　　Defendant | Case No.:  4-06-70085-WDB<br>　　　　　　　CR 06 00134 DLJ<br><br>ORDER REQUIRING MEDICAL ASSESSMENT AND PRESCRIPTION OF MEDICATION AS NEEDED FOR DEFENDANT MELLISSA WOODS BY WEDNESDAY, JUNE 6, 2006, AT NOON |

　　　Based upon oral representations of defense counsel in Court on June 2, 2006, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the United States Marshal Service ensure that defendant Mellissa Woods, who is currently being housed at Santa Rita Jail, whose date of birth is 1/26/81, and whose PFN number is UJS839, be seen and evaluated by a medical physician for mental illnesses and prescribed medication, as needed, by no later than Wednesday, June 6, 2006, at 12:00 p.m.  It is further ordered that the United States Marshal Service ensure that confirmation of this be

1  sent to the Honorable Judge Wayne D. Brazil by facsimile at (510) 637-3327 no later
2  than Wednesday, June 6, 2006, at 12:00 p.m.
3  Dated:  June 2, 2006



_____
HON. WAYNE D. BRAZIL
US MAGISTRATE JUDGE